**Charles F. Morgan, appellee, v. New York Central Railway, appellant. Gen. No. 30,484.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Thomson, J., dissents. Opinion filed October 13, 1926.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel. E. Leslie Cole and Charles C. Spencer, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Claus S. Claussen et al., appellees, v. Frank B. Buszin, appellant. Gen. No. 30,703.**

Forcible detainer. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed October 13, 1926.

Rathje, Wesemann, Hinckley & Barnard, for appellant. Rathje & Connor, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Samuel Klein, appellant, v. Francis Low Corbit, appellee. Gen. No. 30,712.**

Action for negligent injury to property. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. W. C. King, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed October 13, 1926.

Miller, Gorham, Wales & Noxon, for appellant; John J. Grealis, of counsel. Joseph H. Henshaw, for appellee; Wadsworth Watts, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.